VAN–019 Deficiency Notice – Petitions (BNC) – Rev. 07/08/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
Teresa Mae Davis–alabere  
( debtor has no known aliases )  
PO Box 1712  
Lillington, NC 27546  

CASE NO.: 19–04185–5–SWH  

DATE FILED: September 12, 2019  

CHAPTER: 7  

## DEFICIENCY NOTICE

To: Teresa Mae Davis–alabere  
The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by **September 26, 2019** .

The electronic noticing request was omitted for debtor. Proof of identity was not provided.

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: September 12, 2019

                                                Abigail Ferritto  
                                                Deputy Clerk